**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TONY LAMAR HAYNES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 10-0045** |
| | : | |
| **THE BOARD OF PROBATION &** | : | |
| **PAROLE,** *et al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 8th day of January, 2010, it is **ORDERED** as follows:

1.      The petition to proceed *in forma pauperis* (Document No. 1) is **DENIED**

**WITHOUT PREJUDICE**;

2.      If petitioner files with the Clerk within twenty (20) days from the date of this

Order a notice that he wishes to proceed with this action and obligates himself to pay the

$350.00 filing fee, this action will be reinstated.


/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.